## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| GUADALUPE MOLINA | 5:26–cv–03299–FWS–MAR |
| **PLAINTIFF(S)** | |
| v. | |
| WAYFAIR LLC , et al. | |
| | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |
| **DEFENDANT(S).** | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   6/15/2026       1       Notice of Removal

Date Filed       Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Although, the Notice of Removal notes the Riverside Superior Court Complaint at Exhibit A to Declaration of Lonnie D. Giamela – Exhibit A is not included.

Clerk, U.S. District Court

Dated:  June 27, 2026         By:  */s/ Carmen Reyes Lujan  Carmen_Lujan@cacd.uscourts.gov*
                              Deputy Clerk